NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1212, -1236

EASTMAN KODAK COMPANY,

Plaintiff-Appellant,

v.

AGFA-GEVAERT N.V. and AGFA CORPORATION,

Defendants-Cross Appellants.

Appeals from the United States District Court for the Western District of New York in 02-CV-6564, Senior Judge Michael A. Telesca.

ON MOTION

ORDER

The court treats Eastman Kodak Company's motion for leave to file its brief out of time as a motion for leave to accept its brief as filed.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<u>AUG 0 7 2009</u>
Date

<u>/s/ Jan Horbaly</u>
Jan Horbaly
Clerk

cc:   Richard D. Rochford, Esq.
      H. Michael Hartmann, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 07 2009

JAN HORBALY
CLERK